# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DARWIN LEWIS TURNER, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | CIVIL NO. 5:15CV104 |
| | ) | CRIM. NO. 5:06CR1-2 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2015, Order.

Signed: August 19, 2015

Frank G. Johns, Clerk
United States District Court